IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GLORIA HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>MATT TOMA and MOVES SMOOTH,<br><br>    Defendants. | 8:21CV422<br><br>**MEMORANDUM<br>AND ORDER** |

  On December 17, 2021, the court entered judgment dismissing this case without prejudice for lack of subject-matter jurisdiction. On February 24, 2022, Plaintiff filed a motion to reinstate the case (Filing 10), which will be treated as a motion for relief from judgment under Federal Rule of Civil Procedure 60(b).

  Rule 60(b) provides that the court may relieve a party from a final judgment based on "mistake, inadvertence, surprise, or excusable neglect," "newly discovered evidence," and "any other reason that justifies relief." Fed. R. Civ. P. 60(b)(1), (2) & (6). Relief under the Rule's catchall provision is available only in "extraordinary circumstances." *Buck v. Davis*, 137 S. Ct. 759, 777-78 (2017) (quoting *Gonzalez v. Crosby*, 545 U.S. 524 (2005)).

  Plaintiff states, "I opened case in california where i live and was told that since other party lives in IOWA i must open case here." (Filing 10.) This is not a valid reason for reopening the case. The case was dismissed because Plaintiff's Complaint does not present a "federal question" for decision under 28 U.S.C. § 1331 and, while there might be diversity of citizenship, the amount in controversy does not exceed $75,000.00, as required for the exercise of jurisdiction under 28 U.S.C. § 1332.

  IT IS THEREFORE ordered that Plaintiff's motion for relief from judgment (Filing 10) is denied.

  Dated this 25th day of February 2022.

                BY THE COURT:

                *Richard G. Kopf*
                Richard G. Kopf
                Senior United States District Judge